[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## RECEIVED

**JUL 14 2020**

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States District Court
Northern District of Illinois

Plaintiff )
James Whitmore )
v. )
Star Detective Security )
ageney Inc   Defendant )
)
)
)
)

Case No. 1:20-cv-04142
Judge: Thomas M. Durkin
Magistrate Judge: Beth W. Jantz

## COMPLAINT

1, I James Whitmore am fileing this complaint against Star Detective security ageney for FRaud, Becuse they gave me false check now that is committed FRaud, false check is a FRaud, check FRaud, Star security company is committed FRaud, FRaud check, false check now that is committed FRaod, that Star security company is Doing,

2, I James Whitmore am fileing this complaint against Star Detective securi'ty ageney for committed FRaud, Becuse they Refused to pay me for working, 16 hors for $240.00 Dollars tham now they is committed FRaud, Becuse they no that they old me 16 hors for working for tham and Refused to pay me for working $240.00 Dollars now Star security committed FRaud,

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

James Whitmore                 X 7-14-2020

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

)
)
)                    United States District Court
)                    Northern District of Illinois
Plaintiff            )
James Whitmore       )
v.                   )        Case No. 1:20-cv-04142
Star Detective security )     Judge: Thomas M. Durkin
ageney.Inc  Defendant )       Magistrate Judge: Beth W. Jantz
)

## COMPLAINT

1, I James Whitmore am fileing this complaint against star Detective security ageney for FRaud, Becuse they gave me false check now that,s committed FRaud, false check is a FRaud, check FRaud, star security company is committed FRaud, FRaud check, false check now that,s committed FRaud, that star security company is Doing,

2, I James whitmore am fileing this complaint against star Detective security ageney for committed FRaud, Becuse they Refused to pay me for working 16 hors for tham $240,00 DoLLaRs now they is committed FRaud, Becuse they no that they old me 16 hors for working for tham and Refused to pay me $240,00 DoLLaRs

for working now stak security company committed FRaud

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

James Whitmore                    X 7-14-2020